Form defdso13

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Frank W. Wiencek
36 S. Sycamore Ln.
Glenwood, IL 60425
SSN: xxx−xx−5191 EIN: N.A.

Case No. : 16−19708
Chapter : 13
Judge : Jack B. Schmetterer

### NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 12/13 CASES
### OF REQUIRED DOCUMENT FOR DISCHARGE

In order to receive a Discharge, you must file the following document.

☑ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: November 27, 2019

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Frank W. Wiencek  
    Debtor

Case No. 16-19708-JBS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: corrinal     Page 1 of 1     Date Rcvd: Nov 27, 2019  
                Form ID: defdso13     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2019.  
db          #+Frank W. Wiencek,    36 S. Sycamore Ln.,    Glenwood, IL 60425-1741

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2019 at the address(es) listed below:  
       Joel P Fonferko    on behalf of Creditor    OCWEN LOAN SERVICING, LLC AS SERVICER FOR The Bank of New York Mellon as Trustee for the holders of American Home Mortgage Investment Trust 2004-4 ND-One@il.cslegal.com  
       Joseph S Davidson    on behalf of Debtor 1 Frank W. Wiencek jdavidson@sulaimanlaw.com, courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com  
       Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov  
       Peter C Bastianen    on behalf of Creditor    The Bank of New York Mellon (fka The Bank of New York) as Trustee for the holders of American Home Mortgage Investment Trust 2004-4 ND-Four@il.cslegal.com  
       Todd J Ruchman    on behalf of Creditor    The Bank of New York Mellon (fka The Bank of New York) as Trustee for the holders of American Home Mortgage Investment Trust 2004-4 amps@manleydeas.com  
       Tom Vaughn    ecf@tvch13.net, ecfchi@gmail.com  
                                                                                                                                 TOTAL: 6